Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR12-0260RAJ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| PHILLIP STEVEN ALLEN, | |
| Defendant. | |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the property listed below.

On May 23, 2013, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting Defendant PHILLIP STEVEN ALLEN's interest in each of the properties listed below. The property listed in paragraphs (a) and (v) below is subject to forfeiture pursuant to Title 18, United States Code, Section 2253 because it was used or intended to be used to commit or to promote the commission of the offense to which the defendant has pleaded guilty; Sexual Exploitation of Children, in violation of Title 18, United States Code, Sections 2251(a), as charged in Count One of the Indictment. The property listed in paragraph (w) below is subject to forfeiture because it constitutes the images themselves.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice of the Preliminary Order of Forfeiture on the official government

FINAL ORDER OF FORFEITURE - 1
*U.S. v. Phillip Steven Allen, Case No. CR12-0260RAJ*

1    website www.forfeiture.gov for thirty (30) consecutive days beginning on June 8, 2013,

2    and ending on July 7, 2013, and of the intent of the United States to dispose of the

3    property listed in paragraphs (a) through (r), (t) through (v), (x) and (y) of the Preliminary

4    Order of Forfeiture in accordance with the law.  The notice further stated that any person,

5    other than the defendant, having or claiming a legal interest in the above-described

6    property was required to file a petition with the Court within sixty (60) days of the first

7    date of publication of notice, setting forth the nature of the petitioner's right, title, and

8    interest in the property.

9         On or about June 9, 2014, a copy of the Preliminary Order of Forfeiture in the

10   above-captioned criminal case was sent to Celeste Jo Allen via certified mail, return

11   receipt requested, Article Number 7010 2780 0000 0484 1011, through the U.S. Postal

12   Service.  Celeste Jo Allen signed the return receipt on or about June 27, 2014.  *See*

13   Certified Letter to Celeste Jo Allen.

14        On or about April 3, 2014, a copy of the Preliminary Order of Forfeiture in the

15   above-captioned criminal case was sent to Christopher Allen via certified mail, return

16   receipt requested, Article Number 7013 1090 0001 3202 3970, through the U.S. Postal

17   Service.  According to USPS Tracking, the letter was delivered on April 8, 2015 at 9:58

18   AM.

19        All persons and entities believed to have an interest in the property subject to

20   forfeiture were given proper notice of the intended forfeiture.

21        No petitioners or claimants have come forth to assert an interest in the forfeited

22   property, and the time for doing so has expired.

23        IT IS ORDERED, ADJUDGED and DECREED that the following property seized

24   from PHILLIP STEVEN ALLEN is hereby fully and finally condemned and forfeited to

25   the United States in their entirety:

26        (a)    One (1) iPod, Serial No. JQ5066TBSAY;

27        (b)    One (1) iPod, Serial No. YM710128V8X;

28

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Phillip Steven Allen, Case No. CR12-0260RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(c)     Two (2) USB Keys – Cruzer SDCZ6-1024 & Lexar 33051;

(d)     One (1) 4GB Thumb Drive, Black;

(e)     Three (3) Flash Cards – Kodak, Casio, Comp;

(f)     One (1) USB Drive, Iomega, Serial No. TUA010113C;

(g)     One (1) HP Laptop, Serial No. CNF74631CY;

(h)     Two (2) iPhones;

(i)     One (1) HTC Cellphone w/ Charger;

(j)     One (1) LG Cellphone;

(k)     One (1) LG Cellphone, Serial No. 703KPFX0587323;

(l)     One (1) Simple Tech Storage Drive, QHQ3-1;

(m)     One (1) Maxtor Storage Drive, QHQ2-1;

(n)     One (1) Toshiba USB Drive, Serial No. PH31000;

(o)     One (1) CPU, Black, No Serial Number;

(p)     One (1) Sony Vaio, Serial No. 281101304722599;

(q)     One (1) Gateway Desktop Computer, 825GM, Serial No. QLA4C11200334;

(r)     One (1) HP Pavilion Laptop, DV7, No Serial Number;

(s)     One (1) Laptop, Serial No. CNF7420XZF;

(t)     One (1) HP laptop, Serial No. CNF9409KXX QHQ1-1;

(u)     One (1) Nikon Digital Camera;

(v)     One (1) Panasonic LZ5SE Camera; and

(w)     Any and all visual depictions and images of minor children engaged in sexually explicit conduct.

FINAL ORDER OF FORFEITURE - 3
*U.S. v. Phillip Steven Allen, Case No. CR12-0260RAJ*

1     IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or

2 interest to the above-described properties shall exist in any other party.  The

3 United States Marshals Service and/or its authorized representatives are authorized to

4 dispose of the above-described properties in accordance with law.  Specifically, the

5 depictions and images listed in paragraph (w) above shall be destroyed or retained for

6 official (investigative) use by the Attorney General pursuant to Title 21, United States

7 Code, Sections 853(i) and 881(e).

8     DATED this 10th day of July, 2015.

9

10 _____

11 The Honorable Richard A. Jones

12 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE - 4
*U.S. v. Phillip Steven Allen, Case No. CR12-0260RAJ*